# United States District Court
# Northern District of Indiana
# Hammond Division

PERCY PERRY,                                        )
                                                   )
                                                   )
       Plaintiff,                          )
                                                   )
    v.                                          )          Civil Action No. 2:08-CV-280 JVB
                                                   )
THE CITY OF GARY, INDIANA,                          )
CORPORAL ANTHONY BLOOD,                             )
and OFFICER IRVING GIVENS,                          )
                                                   )
       Defendants.                         )

## ORDER

This matter is before the Court on Plaintiff's Motion in Limine [DE 86], filed on April 5, 2011. In his motion, Plaintiff objects to Defendants calling Chief Carter as a witness in the upcoming trial. The motion is taken under advisement, and the issue of Chief Carter's admissibility as a witness will be taken up at trial. The Clerk is ordered to term the motion.

SO ORDERED on April 6, 2011.

                                          s/ Joseph S. Van Bokkelen
                                      JOSEPH S. VAN BOKKELEN
                                      UNITED STATES DISTRICT JUDGE