# United States District Court
# Northern District of Indiana
# Hammond Division

PERCY PERRY,       )
            )
            )
    Plaintiff,     )
            )
   v.        )   Civil Action No. 2:08-CV-280 JVB
            )
THE CITY OF GARY, INDIANA,  )
CORPORAL ANTHONY BLOOD,  )
and OFFICER IRVING GIVENS,  )
            )
    Defendants.   )

## ORDER

This matter is before the Court on Plaintiff's Motion to Admit Testimony by Video Deposition and to Adjudicate Three Objections to Certain Questions Posed by Defendants [DE 88], filed on April 6, 2011. In his motion, first, Plaintiff requests that Dr. Okolocha be permitted to testify via video deposition. That request is granted. Secondly, Plaintiff requests that the Court rule on certain objections posed by the Defendants during the deposition. Those objections will be ruled on at the time of trial. To the extent that Plaintiffs are withdrawing any of their objections made during the video deposition, those objections should be edited out of the video. The Clerk is ordered to term this motion.

   SO ORDERED on April 7, 2011.

                s/ Joseph S. Van Bokkelen
              JOSEPH S. VAN BOKKELEN
              UNITED STATES DISTRICT JUDGE